

# SAN ANTONIO POLICE DEPARTMENT
## GENERAL MANUAL
*Procedure 325 – Training and Career Development*

| | | | |
|---|---|---|---|
| Office with Primary Responsibility: | CTA | Effective Date: | July 31, 2010 |
| | | Prior Revision Date: | October 01, 2009 |
| Office(s) with Secondary Responsibilities: | CPY | Number of Pages: | 4 |
| Forms Referenced in Procedure: | None | Related Procedures: | None |

### .01 INTRODUCTION

A. This procedure establishes a Training Advisory Board, which operates within the San Antonio Police Department to ensure compliance with TCLEOSE standards of training and education. Additionally, the procedure outlines training provided to members of the Department.

B. The Training Advisory Board serves to enhance the career development of members at all levels in the Department through continuing training, as well as providing all members with the opportunity for individual growth within the Department.

### .02 POLICY

A. It is the policy of the San Antonio Police Department to provide all members with the most diverse and comprehensive training and educational opportunities available that are beneficial for the Department and also for the career development of the members.

### .03 GOALS AND OBJECTIVES

A. To provide proper training and development of sworn and non-sworn members of the Department;

B. To promote productive, efficient, and effective job performance;

C. To improve the level of individual job satisfaction; and

D. To enhance the upward mobility of all members.

### .04 TRAINING ADVISORY BOARD

A. The Training Advisory Board was created for the purpose of evaluating the specific training needs of the Department, to include initial licensing training, continuing education for current license holders, and training which meets the goal of career development and promotional education.

B. Specific duties of the Board include:

1. Evaluating the current training for initial licensing (cadet curriculum) and making recommendations for revisions;

2. Evaluating the continuing education training for current license holders (in-service training) and making recommendations for revisions;

3. Evaluating the Field Training Officer Program (FTOP) and making recommendations for revisions;

4. Evaluating the current promotional training and making recommendations for revisions;

5. Evaluating the career development training for members and making recommendations for future enhancement, and

6. Reviewing the standards for the hiring process and making recommendations to the Department for revisions.

COSA MSJ 000024

 

# SAN ANTONIO POLICE DEPARTMENT
## GENERAL MANUAL
*Procedure 325 – Training and Career Development*

C. In conducting the Board's specific duties, they may request that a report is made or some other information is provided to them by a training or course coordinator.

D. All recommendations made by the Board are forwarded to the Office of the Chief for approval. All approved training is coordinated and administered through the Training Academy.

E. The Training Advisory Board consists of nine (9) members as follows:

1. The Commander of the Training Academy serves as a non-voting member of the Board.

2. There are four (4) sworn members from within the Department. One each from the rank of Patrolman, Detective-Investigator, Sergeant, and Lieutenant.

3. There is one (1) non-sworn member from within the Department.

4. There are three (3) public members from outside the Department. The public members must be community members or affiliated with one or more of the following: Crime Commission, Citizen's Police Academy, Cellular on Patrol, Texas Education Agency, or the Police Foundation. They must not be otherwise disqualified under Subchapter B, Section 1701.052 of the Occupations Code attachment to the TCLEOSE Statutes, effective 09/01/99.

5. A minimum of five (5) voting members must be present to constitute a quorum. A quorum must be present to conduct official business.

6. Board members serve a minimum of two (2) years. The filling of scheduled vacancies will occur on a staggered basis, such that no more than 50 percent of the Board will be replaced in any one year. Board members are eligible for re-appointment by the Chief of Police.

7. Board vacancies will be filled by the same procedures for filling beginning positions, as the vacancies occur.

8. The Board will elect a Chairman and Secretary, to facilitate and record the minutes of the meetings. The Training Academy Staff forwards the minutes to TCLEOSE.

F. Selection of Board Members

1. A notice for the selection of both sworn and non-sworn Board members will be announced in the Daily Bulletin.

2. All members wishing to be considered for appointment to the Board shall submit a written report to the Commander of the Training Academy. The report should contain information relevant to professional experience, assignment diversity, education, and training.

3. A notice for the selection of public members will be sent to each non-department group listed in Subsection .04 E4 of this procedure.

4. Public members wishing to be considered for appointment to the Board shall submit an abbreviated resume to the Commander of the Training Academy. The resume should contain information relevant to professional experience, education, and previous performance in public service-related activities.

5. The Chief of Police makes all appointments to the Board.

6. Board members are replaced utilizing this procedure on a rotating basis, or as required to fill unscheduled vacancies, from requests for appointment retained on file.

G. The Board shall meet at least once each year to review any new proposed training developments.

COSA MSJ 000025

 **SAN ANTONIO POLICE DEPARTMENT**
**GENERAL MANUAL**
*Procedure 325 – Training and Career Development* 

### .05 TRAINING PROVIDED TO MEMBERS

A. Initial Licensing Training:

  1. Training of police cadets (cadet curriculum) to include all TCLEOSE required courses. Examples include Penal Code, Code of Criminal Procedures, tactics, physical training, firearms proficiency, driving and dispute resolution.

B. In-service Training:

  1. Annual block of continuing training (minimum block of forty hours), to include TCLEOSE mandated training, legal updates, and firearms re-qualification.

C. Roll-Call Training:

  1. Training provided to officers at roll-call, generally prior to the start of the officer's tour of duty. This training includes policy and procedure changes, as well as legal updates.

D. Specialized Training:

  1. Training provided for members whose assignment requires greater skills and knowledge than that received in cadet or in-service training. This training is designed to develop and enhance the skills, knowledge, and abilities particular to the specialization.

E. Career Development:

  1. Training provided during a member's tenure and/or in conjunction with a promotion. This training may include areas of specialization designed to provide insight into a subsequent rank, which will assist an individual in preparation for promotional opportunities.

F. Non-Sworn Member Training:

  1. Newly hired non-sworn members shall be provided training, to include, the Department's goals, policies, procedures, and regulations. Non-sworn members shall also receive information regarding their working conditions and their responsibilities and rights as employees.

G. Remedial Training:

  1. Training provided to members who are referred by the Officer Concern Program, a supervisory officer, the Chief of Police, or who are deficient in driving, tactics, firearms, or other areas as identified.

### .06 TRAINING AVAILABILITY

A. Training in most of the above listed training categories is available within the Department for all members.

  1. Classroom training is conducted at the Police Training Academy.

  2. Field training is conducted by the Field Training Officers Program.

  3. Training conducted at the unit level by management or supervisory personnel may consist of supervised on-the-job training and roll-call training.

B. When a particular type of training is not available within the Department, the training may be provided by an outside agency, if the Department determines the training is beneficial to the member and the Department.

COSA MSJ 000026




**SAN ANTONIO POLICE DEPARTMENT**
**GENERAL MANUAL**
*Procedure 325 – Training and Career Development*

### .07 RESPONSIBILITY FOR TRAINING

A. The Police Training Academy

 1. The Training Academy provides cadet, in-service, non-sworn, remedial, and career development training.

 2. The Training Academy provides Divisions, Sections, Shifts/Units, and Details with materials necessary for conducting roll-call training.

B. Divisions, Sections, Units/Shifts, and Details

 1. Management and supervisory personnel are responsible for providing members with advanced, specialized, and roll-call training that is not provided by the Training Academy.

 2. Shifts, Units, or Details will conduct on-the-job training.

### .08 ATTENDANCE REQUIREMENTS AND DOCUMENTATION

A. All members, sworn and civilian, shall attend authorized Department and outside training programs and/or classes when scheduled to attend. Members shall document their attendance by signing an attendance sheet that is provided by the unit or instructor conducting the training.

B. Members who are unable to attend a scheduled training program or class should contact the unit or person conducting the training program or class to re-schedule. Excusable reasons for not being able to attend a training program or class are:

 1. Court attendance;

 2. Illness;

 3. Department business when pre-approved by a supervisory officer; and

 4. Any emergency situation that can be documented.

C. The Training Academy shall document successful completion of Departmental training programs and classes for sworn members in the members' personnel training files.

D. The Accounting and Personnel Office shall document successful completion of departmental training programs and classes, for non-sworn members, in the members' personnel training files.

E. Officers successfully completing training programs and classes held outside of the Department should present certificates of completion to the Training Academy for entry into their personnel training files.

### .09 CAREER DEVELOPMENT PROGRAM

A. The Career Development Program is designed to provide sworn and non-sworn members with the opportunity for individual growth and development at all levels in the Department.

B. The mission of the Career Development Program is to provide all members the opportunity to enhance their personal and professional need for growth, development and knowledge to foster job satisfaction and promote strong leadership. The program is designed to train and educate members in areas specific to law enforcement to enhance the delivery of police services that benefits both the Department and the community.

C. The Career Development Program will enable the Training Academy staff to integrate a web-based system and streamline current processes that are required by TCLEOSE. The web-based system, Training Academy On-Line, is located in the SAM Resources Section of the SAPD WEB intranet. Members will have the opportunity to view scheduled courses and enroll in a course, as availability permits.

COSA MSJ 000027