**STYLE OF CASE:**

*SHAVONDA BAILEY, AS NEXT FRIEND OF K.A. AND P.A.;*
*AND VIVIAN LAMPKINS, AS NEXT FRIEND OF J.L.*

*vs.*

*CITY OF SAN ANTONIO, TEXAS, ET AL.*

| | |
|---|---|
| **CAUSE NO.:** | 5:13-CV-0700-FB |
| **RECORDS PERTAIN TO:** | Pierre Abernathy |
| **RECORDS FROM:** | Bexar County Medical Examiner's Office (Autopsy Records) |
| **DELIVER TO:** | N. Mark Ralls / Philip A. Leal<br>Hoblit Ferguson Darling LLP<br>Bank of America Plaza<br>300 Convent Street, Suite 1450<br>San Antonio, TX 78205 |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

Order No. 4484.003

**EXHIBIT "G"**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHAVONDA BAILEY, AS NEXT FRIEND OF K.A. AND P.A.; | § | |
| AND VIVIAN LAMPKINS, AS NEXT FRIEND OF J.L. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 5:13-CV-0700-FB |
| | § | |
| | § | |
| CITY OF SAN ANTONIO, TEXAS, ET AL. | § | |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Plaintiffs by and through their attorney of record: **Christopher J. Gale**
To other party/parties by and through their attorney of record: **Michael David Siemer**

You will please take notice that fourteen (14) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of the Custodian of Records for:

**(PLEASE REFER TO THE ENTITIES REFERENCED ON THE ATTACHED EXHIBIT "A" LOCATION LIST)**

before a Notary Public for      **Gulfstream Legal Group, LLC**
**1300 Texas St., Houston, TX 77002**
**Ph: 713-237-4700 // Fax: 888-559-7431**

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above-named court. Notice is further given that request is hereby made as authorized under Rule 45, Federal Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**Pierre Abernathy (DOB: 12/08/1980)**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

> **Mr. N. Mark Ralls**
> **State Bar No. 16489200**
> **Hoblit Ferguson Darling LLP**
> **Bank of America Plaza**
> **300 Convent Street, Suite 1450**
> **San Antonio, TX 78205**
> **Ph: 210-224-9991 // Fax: 210-226-1544**
> **Attorney for Defendants, Nathan Preston, Vidal Diaz,**
> **Michael Fletcher, Francisco Galvan, Matthew Flores,**
> **Aubrey Plauche, Matthew Quintanilla, Robert Tamez,**
> **and Paul Trigo**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand-delivery, facsimile, and/or certified mail (return receipt requested) on this day.

Dated: February 26, 2014

by _____

Order No. 4484

## EXHIBIT "A" (LOCATION LIST)

**Christus Santa Rosa Hospital - Westover Hills (Medical)**
11212 State Highway 151, San Antonio, TX 78251

**University Health System (Medical)**
4502 Medical Dr., MS 26-02, San Antonio, TX 78229

**Bexar County Medical Examiner's Office (Autopsy)**
7337 Louis Pasteur, San Antonio, TX 78229

**City of San Antonio Emergency Medical Services (EMS/Transport)**
315 South Santa Rosa Avenue, Suite 200, San Antonio, TX 78207

Order No. 4484

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# United States District Court
## FOR THE WESTERN DISTRICT OF TEXAS

SHAVONDA BAILEY, AS NEXT FRIEND OF K.A. AND P.A.;
AND VIVIAN LAMPKINS, AS NEXT FRIEND OF J.L.

**SUBPOENA IN A CIVIL CASE**

vs.

Civil Action No. 5:13-CV-0700-FB

**WESTERN DISTRICT OF TEXAS**

CITY OF SAN ANTONIO, TEXAS, ET AL.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO THE CUSTODIAN OF RECORDS FOR:
Bexar County Medical Examiner's Office
7337 Louis Pasteur, San Antonio, TX 78229

| X | *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects pertaining to Pierre Abernathy (DOB: 12/08/1980), and permit their inspection, copying, testing, or sampling of the material. You are further commanded to certify that each document or documents produced complies with Fed. R. Evid. 803(6)(A)-(C). |
|---|---|

ANY AND ALL AUTOPSY RECORDS AND PHOTOGRAPHS PERTAINING TO PIERRE ABERNATHY (DATE OF DEATH: 08/04/2011), including but not limited to any and all medical records; any and all reports (including but not limited to investigative reports, autopsy reports, pathology reports, laboratory reports, toxicology reports and medical examiner's reports); photographs (please provide in native format if possible); files; papers; notes; memoranda; correspondence; printouts of any type of data stored in electronic format, including email transmissions; and any other type of records and/or documentation contained in the file, whether generated from your office or elsewhere

| Place:<br>The office of the custodian: 7337 Louis Pasteur, San Antonio, TX 78229 | Date and Time:<br>03/17/2014 at 10:00 a.m. |
|---|---|

| | *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it. |
|---|---|

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

| ISSUING ATTORNEY'S SIGNATURE | | DATE |
|---|---|---|
| N. Mark Ralls / LFmosy | Attorney for Defendant,<br>Nathan Preston, et al. | 2-26-2014 |

ISSUING ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
N. Mark Ralls
Hoblit Ferguson Darling LLP
Bank of America Plaza
300 Convent Street, Suite 1450, San Antonio, TX 78205
Ph: 210-224-9991

Order No. 4484.003


0

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 5:13-CV-0700-FB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for (name of individual and title, if any) _____

was received by me on (date) _____.

_____ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on (date) _____ ; or

_____ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                              Server's signature

                                        _____
                                              Printed name and title

### Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) PROTECTING A PERSON SUBJECT TO A SUBPOENA.**
(1) Avoiding Undue Burden or Expense; Sanctions. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.
(2) Command to Produce Materials or Permit Inspection.
(A) Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.
(3) Quashing or Modifying a Subpoena.
(A) When Required. On timely motion, the issuing court must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) When Permitted. To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information;
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or
(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.
(C) Specifying Conditions as an Alternative. In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) DUTIES IN RESPONDING TO A SUBPOENA.**
(1) Producing Documents or Electronically Stored Information. These procedures apply to producing documents or electronically stored information:
(A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
(D) Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
(2) Claiming Privilege or Protection.
(A) Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) CONTEMPT.**
The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

Order No. 4484.003

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SHAVONDA BAILEY, AS NEXT FRIEND OF K.A. AND P.A.;   §
AND VIVIAN LAMPKINS, AS NEXT FRIEND OF J.L.          §
                                                     §
vs.                                                  §   CIVIL ACTION NO. 5:13-CV-0700-FB
                                                     §
                                                     §
CITY OF SAN ANTONIO, TEXAS, ET AL.                   §

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **Bexar County Medical Examiner's Office**

Records Pertaining To: **Pierre Abernathy**

Type of Records:
ANY AND ALL AUTOPSY RECORDS AND PHOTOGRAPHS PERTAINING TO PIERRE ABERNATHY (DATE OF DEATH: 08/04/2011), including but not limited to any and all medical records; any and all reports (including but not limited to investigative reports, autopsy reports, pathology reports, laboratory reports, toxicology reports and medical examiner's reports); photographs (please provide in native format if possible); files; papers: notes; memoranda; correspondence; printouts of any type of data stored in electronic format, including email transmissions; and any other type of records and/or documentation contained in the file, whether generated from your office or elsewhere

1. Please state your full name.

   Answer: _____ JASON GAINES _____

2. Please state by whom you are employed and the business address.

   Answer: _____ Bexar County Medical Examiners Office - 7337 Louis Pasteur SA,TX 78229 _____

3. What is the title of your position or job?

   Answer: _____ Office Assistant III _____

4. Are these memoranda, reports, records, or data compilations outlined in the subpoena duces tecum pertaining to the above-named person in your custody or subject to your control, supervision or direction?

   Answer: _____ yes _____

5. Are you able to identify these aforementioned records as the originals or true and correct copies of the originals?

   Answer: _____ yes _____

Order No. 4484.003

6. Please hand to the Officer taking this deposition copies of the memoranda, reports, records, or data compilations mentioned in Question No. 4. Have you complied? If not, why?

   Answer: _____ yes _____

7. Are the copies which you have handed to the Officer taking this deposition true and correct copies of such memoranda, reports, records or data compilations?

   Answer: _____ yes _____

8. Were such memoranda, reports, records, or data compilations kept in the regular course of business of this facility?

   Answer: _____ yes _____

9. Was it in the regular course of business of this facility for a person with knowledge of the acts, events, conditions, opinions or diagnoses recorded to make the record or to transmit information thereof to be included in such record?

   Answer: _____ yes _____

10. Were the entries on these records made at or shortly after the time of the transaction recorded?

    Answer: _____ yes _____

11. Was the method of preparation of these records trustworthy?

    Answer: _____ yes _____

_____
WITNESS (Custodian of Records)

     Before me, the undersigned authority, on this day personally appeared the witness, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this __11th__ day of __March__ , 20 _14_ .

[Notary Seal: ANITA RIOS GONZALES NOTARY PUBLIC State of Texas Comm. Exp. 08/07/2014]

_____
NOTARY PUBLIC

My Commission Expires: 08.07.2014

Order No. 4484.003

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHAVONDA BAILEY, AS NEXT FRIEND OF K.A. AND P.A.; | § | |
| AND VIVIAN LAMPKINS, AS NEXT FRIEND OF J.L. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 5:13-CV-0700-FB |
| | § | |
| | § | |
| CITY OF SAN ANTONIO, TEXAS, ET AL. | § | |

## NOTICE OF DELIVERY

RE:  **Bexar County Medical Examiner's Office (Autopsy)**

I, Michael Miller, Notary Public in and for the State of Texas, hereby certify pursuant to Rule 45, Federal Rules of Civil Procedure,

1.  That the transcript is a true record of the testimony given by the witness;

2.  That $ 280.00 is the charge for the preparation of the completed Deposition by Written Questions and any copies of exhibits, charged to Attorney for Defendant, N. Mark Ralls, State Bar No. 16489200;

3.  That the deposition transcript was submitted on the 17th day of March , 20 14 , to the witness for examination, signature and return to the officer by a specified date;

4.  That changes, if any made by the witness, in the transcript and otherwise are attached thereto or incorporated therein;

5.  That the witness returned the transcript;

6.  That the original deposition by Written Questions and a copy thereof, together with copies of all exhibits was delivered to the attorney or party who Noticed the first questions for safekeeping and use at trial;

7.  That pursuant to information made a part of the records at the time said testimony was taken, the following includes all parties of record:

>    **Christopher J. Gale (Gale, Wilson & Sanchez, P.L.L.C.)**
>    **Michael David Siemer (City of San Antonio City Attorney)**

and
8.  A copy of this Notice of Delivery was served on all parties shown herein.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON March 17, 2014.



MICHAEL R. MILLER
Notary Public, State of Texas
My Commission Expires
November 08, 2014

NOTARY PUBLIC

**Gulfstream Legal Group, LLC**
**1300 Texas St.**
**Houston, TX 77002**
**713-237-4700 // Fax: 888-559-7431**

**Order No. 4484.003**



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



## EVIDENCE RELEASE FORM

Date: **8/18/2011**
Time: **15:33**

NAME OF DECEDENT:  **ABERNATHY, PIERRE T.**
M.E. Case Number:  **11-01404**

| Evidence Type | List of Evidence |
|---|---|
| Law Enforcement | fingernail clippings |
| Law Enforcement | taser probe |

Items 1 to 60

I have received all of the items listed above.

I release the Medical Examiner's Office from any liability.

RELEASED BY:  **D. Kimberley Molina, M.D.**

DATE:  **08/05/2011**                                    Signature

RELEASED TO:  **kelley beyer**

AGENCY:  **Bcmeo**                                        Signature

RELEASED BY:  **Stephanie Rivas**

DATE:  **08/18/2011**                                     Signature

RELEASED TO:  **cyndi contreras**

AGENCY:  **San Antonio Police Department**               Signature

SAPD# 11195919



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



## EVIDENCE RELEASE FORM

Date: **8/5/2011**
Time: **13:43**

NAME OF DECEDENT: Abernathy, Pierre T.

M.E. Case Number: **11-01404**

| Evidence Type | List of Evidence |
|---|---|
| Law Enforcement | fingernail clippings |
| Law Enforcement | taser probe |
| 2 Items Listed | |

I have received all of the items listed above.

I release the Medical Examiner's Office from any liability.

RELEASED BY: D. Kimberley Molina, M.D.

DATE: 08/05/2011

_____ Signature

RELEASED TO: Kelley Beyer

AGENCY: BCMEO

_____ Signature

RELEASED BY: Stephanie Rivas

DATE: 8-18-11

_____ Signature

RELEASED TO: Cyndi Contreras

AGENCY: SAPD

_____ Signature



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



## INVESTIGATIVE REPORT

| Case #: 11-01404 | CASE TYPE : ME Case |
|---|---|

### DECEDENT DEMOGRAPHICS

| NAME : ABERNATHY, PIERRE T. | AKA : | ID Status : Positive |
|---|---|---|
| AGE : 30 Years | SEX : Male | RACE : Black |
| DATE OF BIRTH | SSN | MARITAL STATUS : |

RESIDENCE : 5314 Running Horse, San Antonio, Texas 78242

### CALL INFORMATION

| NOTIFIED BY : Bustos # 1107 | DATE/TIME : 8/4/2011 8:05 |
|---|---|
| NOTIFYING AGENCY: San Antonio Police Department | |
| ADDRESS : , , | TELEPHONE : |

### NARRATIVE

30 y/o b/m reported unknown (In-custody death): the deceased was reportedly evading police when a physical altercation involving several officers ensued. Reportedly the deceased was also Tased more than once and was witnessed becoming unresponsive at the scene. SA EMS transported the deceased to Christus Santa Rosa Westover Hills where he was pronounced on arrival.

### NEXT OF KIN

| NAME : Brenda Allen | RELATIONSHIP : Mother |
|---|---|
| ADDRESS : 10807 Deep Water Bay, San Antonio, Texas 78251 | |
| HOME PHONE : | WORK PHONE : | CELL PHONE : 885-6522 |

### DEATH LOCATION

| ADDRESS : 11212 State Highway 151, San Antonio, TX 78251 | |
|---|---|
| DATE AND TIME : 8/4/2011 04:36 | PRONOUNCED/AFFIRMED BY : Dr. Mario Fernandez |

### MEDICAL HISTORY

| LAST KNOWN ALIVE DATE/TIME : | HOSPITAL ARRIVAL DATE/TIME : 8/4/2011 4:22 |
|---|---|
| INFORMANT : | INFORMANT ADDRESS : , , |
| INFORMANT PHONE : | RELATIONSHIP : |
| HOSPITALIZED IN LAST 2 YEARS : | PREGNANT IN LAST 6 MOS : | DATE OF DELIVERY : |

| | |
|---|---|

MEDICAL HISTORY NOTES:

SURGERY HISTORY NOTES:

DRUG HISTORY NOTES :

PSYCHOLOGICAL HISTORY NOTES :

SOCIAL HISTORY NOTES :



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



| FAMILY HISTORY NOTES : |
| --- |

| SCENE EXAM (If Applicable) | | |
| --- | --- | --- |
| ARRIVE DATE/TIME : | RETURN DATE/TIME : | Scene Time : |
| SCENE PHOTOS : | TEMPERATURE : | SCENE TEMP CONTROL : |
| HUMIDITY : | RIGOR : | RIGOR JAW : |
| RIGOR ARMS : | RIGOR LEGS : | LIVOR MORTIS : |
| LIVOR TYPE : | LIVOR LOCATION : | BODY TEMP : |
| GENERAL SCENE OBSERVATION : | CLOTHING EFFECTS : | |
| TRAUMA : | POSITION : | |
| DECOMPOSITION & ARTIFACTS : | OTHER OBSERVATIONS : | |

| INCIDENT (If Applicable) | |
| --- | --- |
| DATE/TIME OF INCIDENT-ILLNESS-DISCOVERY : 8/4/2011 2:52 | PLACE OF INCIDENT : Street |

LOCATION OF INCIDENT-ILLNESS-DISCOVERY : 10800 Block Deep Water Bay, San Antonio, TX 78251

CIRCUMSTANCES OF INCIDENT : On 08-04-2001 around 0330 hours, the deceased was involved in a police chase through San Antonio. The chase ended at the 10800 Blk of Deep Water Bay when the deceased's exited his vehicle. The deceased was reportedly being combative but was non-verbal. Several SAPD Officer were reportedly involved in the physical altercation and the deceased was also reportedly Tased more than once. The deceased was reportedly still struggle with officers when he became unresponsive.

SA EMS personnel worked on the deceased at the scene and transported the deceased to Christus Santa Rosa Westover Hills. The deceased was admitted to the ER at 0422 hours with the diagnosis of full arrest and was pronounced a few minutes later. Hospital staff reported the deceased had several apparent contusions and abrasion to his face, head, neck, torso, hips, and legs.

SAPD evidence personnel processed the deceased's at the hospital and collected his clothing. During the clothing collection it was noted two apparent Taser probes were found in the deceased's shirt and another probe was noted still embedded in the deceased's back. SAPD evidence personnel collected the clothing with the two probes and were informed to leave the probe that was still in the deceased's back.

SAPD Homicide is handling the investigation. Very little information was known about the incident (ie: timeline, positions, and/or restraints) at the time of the death report but SAPD is still in the process of the investigation.

| INV AGENCY: San Antonio Police Department | | OFFICER ASSIGNED : | |
| --- | --- | --- | --- |
| AGENCY # : 11195919 | 1st Officer/Shield # : | | AGENCY PHONE : |

SOURCE OF INFORMATION: Detective Leroy Carrion-SAPD Homicide
Jennifer Howard RN-Christus Santa Rosa Hospital Westover Hills ER
Officer Bustos # 1107

| INCIDENT AT WORK : No | EMPLOYER : |
| --- | --- |
| EMPLOYER NUMBER : | EMPLOYER TYPE : |
| EMPLOYER PHONE : | EMPLOYER ADDRESS : , , |
| INCIDENT LOCATION : 10800 Block of Deep Water Bay | INCIDENT ADDRESS : 10800 Block Deep Water Bay, San Antonio, TX 78251 |
| SUICIDE NOTE FOUND : | SUICIDE WITNESSED : | SUICIDE HANDEDNESS : |



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



| WEAPON LOCATION : | PRIOR ATTEMPTS : | PRIOR THREATS : |
|---|---|---|
| HISTORY OF MENTAL DISEASE : | MENTAL DESCRIPTION : | |
| DRUG PARAPHERNALIA FOUND : | PARAPHERNALIA DESCRIPTION : | |

### WEAPONS

| Implement: Hands/Fists | Type: | Make/Model: | Caliber: |
|---|---|---|---|
| Projectile: | Ammo Brand: | Bullet Size: | Barrel Length: |
| Comment: | | | |
| Implement: Taser | Type: | Make/Model: | Caliber: |
| Projectile: | Ammo Brand: | Bullet Size: | Barrel Length: |
| Comment: | | | |

### MOTOR VEHICLE ACCIDENT (If Applicable)

| MVA CLASSIFICATION : | SEATBELT : 0 | HELMET : 0 |
|---|---|---|
| AIRBAG DEPLOYED : 0 | DECEDENT EJECTED : 0 | SEAT POSITION : |
| VEHICLE CONDITION : | ROAD CONDITION : | VEHICLE TYPE : |
| MAKE : | MODEL : | YEAR : |

### INFORMATION SECOND VEHICLE

| | | VEHICLE TYPE : |
|---|---|---|
| MAKE : | MODEL : | YEAR : |

### FOLLOW-UPS

| Request Date/Time Response Date/Time | Request From Response From | Requested To Response To | Request Type Response Type | Follow-up Response Reviewed By |
|---|---|---|---|---|
| 8/5/2011 13:49 | Jimmy Holguin, #100 | mtorres | Medical Records | |
| REQUEST: Aw the dec's med recs from UH for Dr Molina. | | | | |
| 8/5/2011 16:10 | mtorres | Jimmy Holguin, #100 | | |
| RESPONSE: received uh records (see ia) | | | | |

17



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



| NARRATIVE ADDENDUM | | | |
|---|---|---|---|
| Entered By | Date Entered | For Review | Reviewed |
| Jimmy Holguin, #100 | 8/5/2011 | No | No |
| *I obtained the NOK info from Det Hines. I then called the NOK to obtain info concerning a possible recent hospital visit by the dec and also obtain any med hx and PCP info. Awaiting a callback from the NOK.* | | | |
| Jimmy Holguin, #100 | 8/5/2011 | No | No |
| *The NOK returned my call and I asked her several questions about the dec's med hx. She said the dec was in the UH in Dec and Feb, both times for being tasered by the police. She said the dec sustained head injuries and had an MI during the Dec visit and was on dialysis. She said the dec had a vasectomy recently, maybe two weeks ago, but she didn't remember which hospital he went to. She also could not remember the dec's PCP name. She said the dec quit going to the PCP when his insurance ran out.* | | | |
| Jimmy Holguin, #100 | 8/5/2011 | No | No |
| *I called UH medical records and spoke to Linda. I requested her to get the dec's med recs for the Dec and Feb visits. She found them in her computer and said she would get them for us.* | | | |
| Misty J. Torres, #125 | 8/5/2011 | No | No |
| *Det R Hines stated that one other taser probe had been found at the scene making a total of five that have been accounted for.* | | | |
| Misty J. Torres, #125 | 8/5/2011 | No | No |
| *Fingerprints faxed to DPS at 1430 hrs.* | | | |
| Misty J. Torres, #125 | 8/5/2011 | No | No |
| *Received UH records and taken to Dr Molina's office by intern.* | | | |
| Meghan Ryan, #123 | 8/5/2011 | No | No |
| *DPS confirmed ID and the hit was on the dec's SID number. Number placed on the case update screen and id info updated on ID screen.* | | | |
| Jackie L. Harkey, #127 | 8/6/2011 | No | No |
| *Mrs. Abrenathy a cousin of the decedent is in town from Virginia and will be assisting the family with making funeral arrangements. She will be contacting Det. Hines and the MEO once she reaches her family members. I advised her of our policy with NOK release from the funeral home. She stated the NOK, the mother, is in the hospital under sedation due to her emotional state regarding the death of the decedent. Mrs. Abernathy will contact the MEO with any further information.* | | | |
| Faustino Ruiz | 8/11/2011 | No | No |
| *ADDED MIDDLE NAME PER DC ONLINE* | | | |
| James L. Akers, #116 | 8/17/2011 | No | No |
| *Det. R. Hines called with the time the original traffic stop was initiated, 0252hrs. Time placed on incident screen.* | | | |
| INVESTIGATOR: Nicole Healy, #118 | | | |

Identification

| Case Name | 11-01494 | First Name: PIERRE | | Last Name: ABERNATHY | | Case Type: ME Case | | Case Status Open |
|---|---|---|---|---|---|---|---|---|
| ID Status | Positive | DOD: 8/4/2011 6:38 | Hold On Body | No | Hold On Medication: No | | Hold On Information | No |
| Age | | | | | | | | |

## ☑IDENTIFICATION

| ID Date | ID Time | ID Status |
|---|---|---|
| 08/05/2011 | 10:28 | Positive |

**Person Making Identification**

| Last Name | First Name | Identifiers Phone # | Relationship to Decedant |
|---|---|---|---|
| | | | |

| Street Address | Zip | City | State |
|---|---|---|---|
| | | | |

**Comments**

| Methodology | Source | Comparison By | Result |
|---|---|---|---|
| | | | |

| Investigator | Date |
|---|---|
| | |

| Method | Source | Comparison by | Result | Inv | Date |
|---|---|---|---|---|---|
| Fingerprints | Matt Scoggins #32 | DPS | positive | Meghan Ryan, #123 | 08/05/2011 |



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



## INVESTIGATIVE REPORT

| Case #: 11-01404 | CASE TYPE : ME Case |
|---|---|

### DECEDENT DEMOGRAPHICS

| NAME : Abernathy, Pierre T. | AKA : | ID Status : Tentative |
|---|---|---|
| AGE : 30 Years | SEX : Male | RACE : Black |
| DATE OF BIRTH | SSN : | MARITAL STATUS : |

RESIDENCE : 5314 Running Horse, San Antonio, Texas 78242

### CALL INFORMATION

| NOTIFIED BY : Bustos # 1107 | DATE/TIME : 8/4/2011 8:05 |
|---|---|

NOTIFYING AGENCY: San Antonio Police Department

| ADDRESS : , , | TELEPHONE : |
|---|---|

### NARRATIVE

30 y/o b/m reported unknown (In-custody death):  the deceased was reportedly evading police when a physical altercation involving several officers ensued.  Reportedly the deceased was also Tased more than once and was witnessed becoming unresponsive at the scene.  SA EMS transported the deceased to Christus Santa Rosa Westover Hills where he was pronounced on arrival.

### NEXT OF KIN

| NAME : | RELATIONSHIP : |
|---|---|

ADDRESS : , ,

| HOME PHONE : | WORK PHONE : | CELL PHONE : |
|---|---|---|

### DEATH LOCATION

ADDRESS : 11212 State Highway 151, San Antonio, TX 78251

| DATE AND TIME : 8/4/2011 04:36 | PRONOUNCED/AFFIRMED BY : Dr. Mario Fernandez |
|---|---|

### MEDICAL HISTORY

| LAST KNOWN ALIVE DATE/TIME : | HOSPITAL ARRIVAL DATE/TIME : 8/4/2011 4:22 |
|---|---|
| INFORMANT : | INFORMANT ADDRESS : , , |
| INFORMANT PHONE : | RELATIONSHIP : |
| HOSPITALIZED IN LAST 2 YEARS : | PREGNANT IN LAST 6 MOS : | DATE OF DELIVERY : |

MEDICAL HISTORY NOTES:

SURGERY HISTORY NOTES:

DRUG HISTORY NOTES :

PSYCHOLOGICAL HISTORY NOTES :

SOCIAL HISTORY NOTES :



# BEXAR COUNTY MEDICAL EXAMINER'S OFFICE
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



| FAMILY HISTORY NOTES : | | |
|---|---|---|
| **SCENE EXAM (If Applicable)** | | |
| ARRIVE DATE/TIME : | RETURN DATE/TIME : | Scene Time : |
| SCENE PHOTOS : | TEMPERATURE : | SCENE TEMP CONTROL : |
| HUMIDITY : | RIGOR : | RIGOR JAW : |
| RIGOR ARMS : | RIGOR LEGS : | LIVOR MORTIS : |
| LIVOR TYPE : | LIVOR LOCATION : | BODY TEMP : |
| GENERAL SCENE OBSERVATION : | CLOTHING EFFECTS : | |
| TRAUMA : | POSITION : | |
| DECOMPOSITION & ARTIFACTS : | OTHER OBSERVATIONS : | |
| **INCIDENT (If Applicable)** | | |
| DATE/TIME OF INCIDENT-ILLNESS-DISCOVERY : | PLACE OF INCIDENT : Street | |
| LOCATION OF INCIDENT-ILLNESS-DISCOVERY : 10800 Block Deep Water Bay, San Antonio, TX 78251 | | |

CIRCUMSTANCES OF INCIDENT : On 08-04-2001 around 0330 hours, the deceased was involved in a police chase through San Antonio. The chase ended at the 10800 Blk of Deep Water Bay when the deceased's exited his vehicle. The deceased was reportedly being combative but was non-verbal. Several SAPD Officer were reportedly involved in the physical altercation and the deceased was also reportedly Tased more than once. The deceased was reportedly still struggle with officers when he became unresponsive.

SA EMS personnel worked on the deceased at the scene and transported the deceased to Christus Santa Rosa Westover Hills. The deceased was admitted to the ER at 0422 hours with the diagnosis of full arrest and was pronounced a few minutes later. Hospital staff reported the deceased had several apparent contusions and abrasion to his face, head, neck, torso, hips, and legs.

SAPD evidence personnel processed the deceased's at the hospital and collected his clothing. During the clothing collection it was noted two apparent Taser probes were found in the deceased's shirt and another probe was noted still embedded in the deceased's back. SAPD evidence personnel collected the clothing with the two probes and were informed to leave the probe that was still in the deceased's back.

SAPD Homicide is handling the investigation. Very little information was known about the incident (ie: timeline, positions, and/or restraints) at the time of the death report but SAPD is still in the process of the investigation.

| INV AGENCY: San Antonio Police Department | | OFFICER ASSIGNED : | |
|---|---|---|---|
| AGENCY # : 11195919 | 1st Officer/Shield # : | | AGENCY PHONE : |
| SOURCE OF INFORMATION: Detective Leroy Carrion-SAPD Homicide  Jennifer Howard RN-Christus Santa Rosa Hospital Westover Hills ER  Officer Bustos # 1107 | | | |
| INCIDENT AT WORK : No | EMPLOYER : | | |
| EMPLOYER NUMBER : | EMPLOYER TYPE : | | |
| EMPLOYER PHONE : | EMPLOYER ADDRESS : , , | | |
| INCIDENT LOCATION : 10800 Block of Deep Water Bay | INCIDENT ADDRESS : 10800 Block Deep Water Bay, San Antonio, TX 78251 | | |
| SUICIDE NOTE FOUND : | SUICIDE WITNESSED : | SUICIDE HANDEDNESS : | |



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



| WEAPON LOCATION : | PRIOR ATTEMPTS : | | PRIOR THREATS : |
|---|---|---|---|
| HISTORY OF MENTAL DISEASE : | MENTAL DESCRIPTION : | | |
| DRUG PARAPHERNALIA FOUND : | PARAPHERNALIA DESCRIPTION : | | |

**WEAPONS**

| Implement: Hands/Fists | Type: | | Make/Model: | Caliber: |
|---|---|---|---|---|
| Projectile: | Ammo Brand: | | Bullet Size: | Barrel Length: |
| Comment: | | | | |
| Implement: Taser | Type: | | Make/Model: | Caliber: |
| Projectile: | Ammo Brand: | | Bullet Size: | Barrel Length: |
| Comment: | | | | |

**MOTOR VEHICLE ACCIDENT (If Applicable)**

| MVA CLASSIFICATION : | | SEATBELT : | | HELMET : |
|---|---|---|---|---|
| AIRBAG DEPLOYED : | DECEDENT EJECTED : | | SEAT POSITION : | |
| VEHICLE CONDITION : | ROAD CONDITION : | | VEHICLE TYPE : | |
| MAKE : | MODEL : | | YEAR : | |

**INFORMATION ON SECOND VEHICLE**

| | | | VEHICLE TYPE : | |
|---|---|---|---|---|
| MAKE : | MODEL : | | YEAR : | |

**FOLLOW-UPS**

| |
|---|
| |

| INVESTIGATOR: Nicole Healy, #118 |
|---|

From:NCID                     2102077048            09/0    011 10:18      #518 P.001/001

SAN ANTONIO POLICE DEPARTMENT
214 W. NUEVA
SAN ANTONIO, TX 78207
Homicide Unit

2011-1404
Open-D/km.
Pending



**T R A N S M I S S I O N**

**FAX**

**FAX TO:**          **Medical Examiner**
                     **210-335-4002**

**FROM:**            **Det. R. Hines #2358**
                     **SAPD Homicide**
                     **Ph: 210-207-7439**
✉ **E-MAILED**      **Fax: 210-207-7088**
  9-19-11 α
                     Email:
                     Randal.Hines@sanantonio.gov

**DATE:**            August 31st, 2011

**TIME:**            0840

**SUBJECT:**         **Request Autopsy
                     Report for ME#11-
                     1404 Pierre Abernathy
                     Please email when
                     ready
                     1 page**

23

**BC- Medical Examiner's Case #** 11-1404

**Scene Location** WESTOVER HILLS

**Agency** SAPD  BCSO  DPS  1889

**Officer's Name** T.J. MARTIN

**Badge #** /

**Date & Time**

**Call** 8-4-11 / 0927   **Arrival (at scene)** 8-4-11 / 0955

**Arrival (BCMEO)** 8-4-11 / 1120

**Decedent's Name** PIERRE ABERNATHY   **DOB**

**Gender** male  female   **Race**

**Valuables**

Ring _____   Watch _____   Wallet _____

Purse _____   Necklace _____   Earring _____

Other (list) CLOTHES, BLOOD _____

24




**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*

BCMEO Case#: **11-01404**

NAME OF DECEDENT: **Abernathy, Pierre T.**

**BODY RECEIPT**

**By signing below, I attest that I have confirmed the identity of the decedent and property to be the same as the case number listed above by:**

- Checking the decedent's arm band (if present) for the BCMEO case number and verifying that it matches the case number listed above;

- Placing additional arms bands (as required) on the decedent and verifying that the BCMEO case number matches any previous arm bands and the number listed above; and

- Confirming that the case number on any additional items received matches the numbers above.

RECEIVED BY: **Stephanie Rivas**          DATE: **8/4/2011 @ 11:20:00 AM**

**By signing below, I attest that I have confirmed the identity of the decedent and property to be the same as the case number listed above by:**

- Confirming that the case number listed on this form and on the arm bands is the case number reported to me by the BCMEO at the time of dispatch and/or pick up.

- Checking the decedent's arm band (if present) for the BCMEO case number and verifying that it matches the case number listed above;

- Checking any additional arms bands (as required) placed on the decedent at the BCMEO and verifying that the BCMEO case number matches any previous arm bands and the number listed above.

TRANSPORTED BY: **joe m**          ORGANIZATION: **Bexar County Courier Service**

25



Police Central Evidence Processing Contact Sheet          Page 1 of 1

**Officer:**          **Emp #:**          **Case Report #:**
MARTIN CASTILLO          04115          11-1404

Date: 08/05/2011    Time: 11:23    File(s) path: P:\2011\11-1404

2011-1404

11-1404-005.JPG

BEXAR COUNTY MEDICAL EXAMINER'S OFFICE

Sign Here

AUG/06/2011/SAT 10:00 AM                    FAX NO.                    P. 001/001



## BEXAR COUNTY MEDICAL EXAMINER'S OFFICE
### RANDALL E. FROST, M.D.
### CHIEF MEDICAL EXAMINER

7337 Louis Pasteur Drive, San Antonio, Texas 78229-4565
(210) 335-4011      FAX (210) 335-4091 or (210) 335-4021

---

## AUTHORIZATION TO RELEASE REMAINS

TO: Bexar County Medical Examiner's Office

FROM: **CASTLE RIDGE MORTUARY**
  (Funeral Home Name)

DATE: 8 / 6 / 2011

I, **Brenda Allen.**, hereby certify and represent that I am the **Mother**
  (Print Name)                                                    (Relationship to decedent)

and legal next of kin of:

**Pierre Tounell-Allen Abernathy Jr.** AKA _____
(Name of Decedent as it appears on Social Security Card or birth certificate)

(Date of Birth) _____   (Social Security Number if applicable) _____

I, the undersigned, further agree to hold the Bexar County Medical Examiner's Office harmless of any liability on account of the said authorization.

It is my desire and request that you release the personal effects and the remains of the decedent to

**CASTLE RIDGE MORTUARY**
  (Name of Funeral Home)

Signature of Next of Kin: _____   Relationship **Mother**

Address: 10807 Deep Water Bay

San Antonio , TX     78251

Telephone Number: (210) 885-0522

Witnessed by: _____   Date: 8 / 6 / 2011

Revised: 11-12-09                    H:\Forms\Authorization to Release Remains

27



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



## PROPERTY RELEASE FORM

Date: 8/6/2011
Time: 10:34

NAME OF DECEDENT: **Abernathy, Pierre T.**
M.E. Case Number: **11-01404**

| Property Type | List of Property |
|---|---|
| Clothing | no clothing |
| Personal Effects | no personal effects |
| *Attached (listed)* | |

I have received all of the items listed above.

I release the Medical Examiner's Office from any liability.

RELEASED BY:   **Stephanie Rivas**                          _Signature_

DATE:          **08/06/2011**

RELEASED TO:   **rick luna**                                _Signature_

AGENCY:        **BBW Mortuary Service**

RELEASED BY:  _____              _Signature_

DATE:         _____

RELEASED TO:  _____              _Signature_

AGENCY:       _____



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



BCMEO Case#: **11-01404**

NAME OF DECEDENT: **Abernathy, Pierre T.**

ID STATUS: **Positive**

**BODY RELEASE**

By signing below, I attest that I have confirmed the identity of the decedent and property as required by:

- Checking the decedent's arm band for the BCMEO case number and the decedent's name and comparing this with the funeral home release and ensuring that the name matches;

- Checking the identification photograph of the decedent and ensuring that the photograph matches the actual facial features of the decedent, and that the case number on the photograph matches that on the identification arm band; and

- Confirming that the case number on any clothing bag or personal effects bag matches the numbers above.

RELEASED TO: _____  FUNERAL HOME: **Castle Ridge Mortuary LP**
rick luna

RELEASED BY: _____  DATE: **8/6/2011 @ 10:34:00 AM**
Stephanie Rivas

WITNESS: _____
Martin Castillo

29

OFFENSE ST___CE CENTER

FBI NO. | CONTRIBUTOR ORI | OUT OF COUNTY? | YES | OUT OF COUNTY ORI
TXU15015K

NAME (LAST, FIRST, MIDDLE): Abernathy Pierre

DATE OF BIRTH | PLACE OF BIRTH | SEX/RACE: M/B | ETH. | HGT. | WGT. | OUT OF COUNTY WARRANT NO.

EYE | HAIR | SKIN TONE | SOCIAL SECURITY NO. 46069471 | SCARS, MARKS, TATTOOS, AMPUTATIONS

LEAVE BLANK

MISC. NO. | CITZ. | DRIVER LICENSE NO. | STATE | TYPE | ID CARD NO. | STATE

LICENSE CERTIFICATION AND ISSUING AUTHORITY | LICENSE NO.

**DECEASED**

Signature of person fingerprinted

ALIAS NAME(S) | ADDRESS | CITY | STATE | ZIP

ARRESTING AGENCY ORI | ARRESTING AGENCY NAME | AGENCY ARREST NO. | AGENCY CASE NO. 11.1404 | FIREARM CODE

TRS A001 | GOC | DOMESTIC VIOLENCE OFFENSE? Y or N | OFFENSE CODE | OFFENSE: SAPD 11195919 | PRINTED BY: AG 8-5-11

STATUTE CITATION | LEVEL & DEGREE | FELONY (X,1,2,3 or S) | MISDEMEANOR (A or B) | DATE OF OFFENSE | WARRANT HOLDER ORI

1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

30



RANDALL E. FROST, M.D.
Chief Medical Examiner

D. KIMBERLEY MOLINA, M.D.
Deputy Chief Medical Examiner

JENNIFER J. RULON, M.D.
Medical Examiner

ELIZABETH A. PEACOCK, M.D.
Medical Examiner

RAJESH P. KANNAN, M.D.
Medical Examiner

WILLIAM D. MCCLAIN, M.D.
Assistant Medical Examiner

**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

# *AUTOPSY REPORT*

**Case No.** 2011-1404

**Name:** Pierre Tourell Abernathy   **Age:** 30   **Race:** B   **Sex:** M

**Date & Time of Autopsy:** 5 Aug 2011 @ 9:45 a.m.

### GENERAL EXAMINATION

The body is received lying upon multiple hospital sheets and is that of a normally developed, well nourished, adult male, measuring 71 inches in length, weighing 240 lbs and appearing consistent with the listed age of 30 years. The body is nude. An orange identification band surrounds the right ankle and a hospital identification band surrounds the left wrist.

Accompanying the body are five tubes of antemortem blood all of which are dated 4 August 2011.

Detective Randall Hines from the San Antonio Police Department is present for the autopsy.

### EXTERNAL EXAMINATION

The body is not embalmed. Rigor mortis is fully developed in all joints. Fixed livor mortis is present posteriorly. Significant changes of decomposition are absent.

The decedent has short, black, curly scalp hair averaging 1 inch in length. A thin beard and mustache are present. The eyes are closed; the conjunctivae are pale; the sclerae are white; the corneae are clear; and the irides are brown. The nares are patent. The ears are normal in location and formation. A punctate scar involves the left earlobe consistent with remote ear piercing. The facial bones are intact to palpation. The mouth is closed. The teeth are natural and in good condition. An apparent dirt-type material is present between the teeth and within the mouth.

The neck and chest are symmetrical. *Jihad* is tattooed across the right lateral neck. Small linear scars involve the right medial neck. The abdomen is soft.

Abernathy, Pierre Toureu                                    Case No. 2011-1404

The upper and lower extremities, including the hands and feet, are symmetrical. "*Cherokee Reign*" and an open hand with a feather are tattooed on the right lateral upper arm. A 4 x 1 cm irregular scar extends down the right proximal posterior forearm. The hands are dirty. The fingernails are short and intact. Small linear and irregular scars involve the anterior knees. A 10 x 1 cm scar extends obliquely across the right anterior lower leg. Two, 1 x 1 cm, scars involve the left anterior lower leg.

The external genitalia are those of a normal adult male and are atraumatic. The testes are palpated within the scrotal sac.

The back is straight. The anus is patent and unremarkable.

## EVIDENCE OF MEDICAL INTERVENTION

An endotracheal tube protrudes the mouth and is taped in place. Cardiac monitor pads are present upon the anterior chest, abdomen, right anterior upper arm, and left anterior lower leg. Electrocardioversion pads are affixed to the right upper and left lateral chest. An interosseous catheter protrudes from the left anterior shoulder. A needle puncture wound involves the left antecubital fossa. A single lumen intravascular catheter is present within the right posterior hand.

## EVIDENCE OF INJURY

### *Puncture Wounds*

A 2 mm puncture wound involves the right anterior medial upper chest and incision reveals acute hemorrhage within the underlying subcutaneous tissues.

A 1 mm puncture wound is present upon the left lower back and is surrounded by a 2.5 mm curvilinear abrasion extending along the medial and inferior margins. The puncture wound is also associated with a 3 x 1 mm abrasion along its lateral margin. Located 3½ cm inferior to this puncture wound is a second puncture wound from which a 2½ cm in length by 5 mm in diameter gray metallic barb from an electromuscular device protrudes. The barb is removed to reveal a 1 cm in length by < 1 mm in thickness needle-like device with a small hook (barb) located 4 mm from the needle point. Upon removal of the barb from the wound the wound is found to consist of a central puncture wound surrounded by irregular abrasion measuring 4 x 4 mm in aggregate. Incision into the subcutaneous tissues beneath the wound reveals focal hemorrhage within the subcutaneous tissues.

A 2mm non-hemorrhagic puncture wound is present upon the left medial upper back. There is no associated abrasion and incision fails to reveal hemorrhage within the subcutaneous tissues.

### *Probable canine bite wounds*

Upon the left buttock is a patterned injury consisting of a 9 mm laceration in line with four small abrasions measuring 5 x 2 mm, 3 x 2 mm, 2 x 2 mm, and 2 x 2 mm, respectively. Just inferior to this row is a second laceration measuring 1 cm in line with three superficial abrasions measuring 2 x 2 mm, 3 x 2 mm, and 2 x 2 mm, respectively. The entire wound is surrounded by a 4 x 4 cm red contusion.

-2-

Abernathy, Pierre Tou  el                                    Case No. 2011-1404

Three, irregular, abraded lacerations involve the right upper buttock, measuring 2 x 2 cm, 1.5 x 0.5 cm, and 2 x 1 cm, respectively. The lacerations are associated with undermining of the subcutaneous tissues and are interconnected beneath the skin surface.

A patterned wound is present upon the right lower buttock consisting of a 6 x 2 mm laceration inline vertically with seven small abrasions measuring 2 mm, 5 mm, 5 mm, 3 mm, 4 mm, 5 mm, and 1.8 cm, respectively.

*Blunt force injuries*

Two abrasions involve the left lateral lower forehead and measure 4 x 0.3 cm in aggregate. Ecchymosis surrounds both eyes. There is confluent subconjunctival hemorrhage involving both orbital globes. A 3 cm abrasion/superficial laceration extends across the left lower eyelid. A 1 cm superficial laceration extends across the right lower eyelid. A 2 cm superficial laceration and a 1 cm abrasion extend across the left lateral lower cheek.

Scattered, transverse abrasions, averaging 1 cm in length, involve the left lateral neck. Three, small abrasions involve the right medial lower chest, measuring 2 x 2 mm, 3 x 2 mm, and 3 x 2 mm, respectively. A 7 mm abrasion extends across the left medial upper abdomen. Intersecting linear abrasions, ranging from 2 to 6 cm in length, span a 15 x 15 cm area upon the left lateral abdomen. A 2 cm abrasion extends down the medial lower abdomen/suprapubic region.

A 1 x 1 mm abrasion surrounded by erythema involves the right anterior upper arm adjacent to a 1 x 1 cm purple contusion. A 3 x 2 mm abrasion is present upon the proximal right anterior lateral forearm. Transverse abrasions, ranging from 1 to 2 cm in length, span a 4 x 2 cm area upon the right posterior upper arm. A 5 x 4 cm red contusion surrounds a 1.2 x 0.3 cm abrasion and a 1 cm linear abrasion upon the right lateral wrist. A 6 cm linear abrasion extends down the right medial palm.

Linear red contusions, ranging from 5 to 8 cm in length, extend down the distal left anterior-medial forearm. A 2 x 2 cm purple contusion involves the left medial wrist. A 2 x 0.5 cm abrasion surrounded by a purple contusion involves the left medial wrist. Scattered irregular and linear abrasions involve the distal left posterior upper arm and proximal left posterior forearm. A 1 x 1 cm confluent abrasion is present upon the distal left posterior upper arm and a 2 x 2 cm confluent abrasion involves the proximal left posterior forearm. A 7 cm abrasion extends across the left posterior forearm.

Incisions overlying the bony prominences of the wrists reveal hemorrhage within the medial and lateral subcutaneous tissues bilaterally.

Multiple abrasions involve the right anterior knee, measuring 1 x 1 cm, 3 x 2 cm, 1 x 1 cm, 1 x 1 cm, and 3 x 3 cm, proceeding in a clockwise manner. A 5 cm interrupted linear abrasion extends down the proximal right lateral lower leg. A 4½ x 0.3 cm interrupted abrasion extends down the right proximal anterior lower leg. An 8 x 1 cm abrasion extends down the right anterior mid lower leg. A 1.5 x 0.2 cm abrasion involves the distal right anterior lower leg. Scattered, small abrasions are present upon the right posterior thigh and are admixed with small purple contusions.

-3-

**Abernathy, Pierre Tou~~**                                        Case No. 2011-1404

Scattered punctate and linear abrasions, ranging from 1 mm to 3 cm in length, span a 15 x 2 cm area on the proximal left anterior-lateral thigh. Scattered, small, superficial lacerations and abrasions involve the proximal left medial thigh. Scattered, small abrasions involve the left anterior knee. A 1 x 1 cm abrasion is present upon the proximal left anterior-lateral lower leg. A 1 x 0.5 cm abrasion extends across the left proximal anterior lower leg. A 9 x 10 cm purple contusion surrounds scattered irregular abrasions, ranging from 1 cm to 4½ cm in greatest dimension, upon the proximal left posterior-medial thigh. A cluster of small abrasions, measuring 6 x 4 cm in aggregate, involves the left posterior-lateral knee. A 3 x 2 cm purple contusion extends across the left posterior knee. An 8 x 6 mm oval, abraded laceration involves the proximal left posterior-lateral lower leg.

Incisions overlying the bony prominences of the ankles bilaterally fail to reveal evidence of subcutaneous hemorrhage.

Scattered transverse abrasions, averaging 1 cm in length, involve the posterior neck. A 5 x 1 cm linear red contusion extends obliquely across the left apical shoulder. A 4 x 0.7 cm linear red contusion involves the left upper back. A 6 x 3 cm oval purple contusion is present upon the left mid back. A 9 x 3 cm red contusion extends across the right upper back. A 10 x 4 cm irregular purple contusion involves the right mid back.

The left buttock is diffusely contused. Linear abrasions extend across the left upper buttock, measuring 4 cm and 6 cm, respectively. A 2 x 1 cm crusted abrasion extends vertically between these two linear abrasions. Scattered abrasions involve the left buttock averaging 1 cm in length. A 5 mm superficial laceration involves the left medial buttock.

A 1.5 x 1 cm irregular laceration involves the right medial buttock. Scattered, irregular, small abrasions involve the right buttock, averaging 1 cm in greatest dimension. A 3 x 2 mm superficial laceration involves the right mid buttock. A 6 cm superficial laceration extends across the right lower buttock. A 3 cm superficial laceration extends across the right gluteal margin.

*Internal Injuries*

Reflection of the scalp reveals a 3 x 3 cm focus of hemorrhage within the subcutaneous tissues of the left posterior lateral scalp, a 2 x 1 cm focus of subcutaneous hemorrhage within the left frontal scalp and a 3 x 3 cm focus of hemorrhage within the left frontal scalp. Confluent subgaleal hemorrhage, measuring 15 x 8 cm, underlies the right lateral scalp.

Sectioning of the tongue reveals confluent hemorrhage involving the lateral aspect.

*Clothing*

A cut short-sleeve black t-shirt with a *Spurs* logo and a gray sleeveless undershirt are supplied by Detective Hines from the San Antonio Police Department and are examined at the time of the autopsy. Examination of the t-shirt reveals a 1 x 1 mm defect within the upper right anterior-lateral portion, corresponding to the puncture wound upon the anterior medial chest. No defect is noted in the undershirt corresponding to this region.

-4-

Abernathy, Pierre Tourc̈l                                    Case No. 2011-1404

Three barbs for electromuscular devices, similar in appearance to the previously described barb recovered from the decedent's lower back, are embedded within the t- shirt. The 1st is located upon the right anterior-lateral portion of the shirt. This barb perforates both the outer t-shirt and the undershirt and corresponds in location to the small abrasions upon the right lower chest. The 2nd barb is embedded within the right lower anterior black t-shirt only and does not penetrate the underlying undershirt or correspond in location to any injuries on the body. The 3rd barb is located upon the right posterior lateral t-shirt and perforates both the t-shirt and undershirt but the tip of the barb is not exposed through the shirts. This barb does not definitively correspond to any injuries upon the body.

**INTERNAL EXAMINATION**

HEAD: An intermastoid incision is made around the cranium and the scalp is retracted. The cranial cavity is opened. There is no evidence of epidural, subdural or subarachnoid hemorrhage. The dura is smooth, tough and white and is removed to reveal no skull fractures to be present. The leptomeninges are transparent. The brain weighs 1,360 g. The cerebral and cerebellar hemispheres, midbrain and pons are symmetrical. On cut sections, the parenchyma is soft without evidence of infection, tumor or trauma. The cerebral vessels follow the usual distribution and are widely patent.

BODY: The body is opened with the Y-shaped incision. The organs occupy their usual positions and relationships. The pleural, pericardial and peritoneal cavities are free of abnormal fluid accumulations. Inspection of the thoracic and abdominal cavities after evisceration reveals no significant musculoskeletal abnormalities. The abdominal pannus averages 3 cm in thickness.

NECK: There is no evidence of infection, tumor or trauma. The hyoid bone and laryngeal cartilages are intact. The airway is patent without evidence of significant inflammation or neoplasia. No cervical dislocations or fractures are present.

CARDIOVASCULAR SYSTEM: The heart weighs 450 g and is grossly enlarged and globular in shape. The epicardial surface is smooth and glistening. The coronary arteries arise normally, follow a right dominant distribution and are small in caliber but free of significant arteriosclerotic changes. On cut sections, the endocardium is smooth and glistening and the myocardium is dark red and soft without evidence of significant fibrosis or neoplasia. The cardiac valves are thin, pliable, and normally formed. The aorta is open to reveal a tan, smooth, intima.

LUNGS: The right lung weighs 800 g and the left lung weighs 630 g. The pleural surfaces are purple, smooth and glistening. On cut sections, the parenchyma is congested and moderately edematous without evidence of infection, tumor or trauma. The pulmonary vessels and airways are unobstructed.

ALIMENTARY SYSTEM: The esophagus, stomach and small and large intestines reveal no evidence of significant natural disease or trauma. The stomach contains a minimal amount of thick, green material. The pancreas is normal in size and location and, fails to reveal evidence of significant fibrosis or neoplasia on cut sections.

HEPATOBILIARY SYSTEM: The liver weighs 2,190 g. The capsule is intact. On cut sections, the parenchyma is tan-brown and firm. There is no evidence of significant fibrosis or neoplasia. The gallbladder is present and unremarkable.

-5-

Abernathy, Pierre Tourell                                    Case No. 2011-1404

ENDOCRINE SYSTEM:  The thyroid and adrenal glands are normal in size, shape and location and are without significant abnormality on cut section.

LYMPHORETICULAR SYSTEM:  The spleen weighs 170 g.  The capsule is intact and the parenchyma is dark red and soft.  Significant lymphadenopathy is not appreciated.

GENITOURINARY SYSTEM:  The right kidney weighs 160 g and the left kidney weighs 150 g.  The capsules remove without difficulty revealing smooth and shiny cortical surfaces.  On cut sections, the parenchyma is tan-red with distinct cortico-medullary demarcations.  The collecting systems, ureters and bladder are unremarkable.  The bladder contains a moderate amount of urine.  The prostate gland is present and unremarkable.  The testes are exposed and fail to reveal evidence of trauma, neoplasia, or significant natural disease.

### MICROSCOPIC EXAMINATION

Hematoxylin and eosin stained sections are reviewed.  Sections of the heart (6), lungs (5), thyroid gland (1), kidneys (2), brain (2), and spleen (1) fail to reveal significant histopathologic findings.  One liver section is remarkable for moderate steatosis.  Two sections of skin from the puncture wounds upon the left lower back show extravasated red blood cells within the subcutaneous tissues. A focus of epidermal lysis with coagulation of the underlying dermis is seen.

### ANCILLARY STUDIES

Fingernail clippings are obtained and the barb recovered from the left back is retained.

Abernathy, Pierre Tourell                                    Case No. 2011-1404

## FINDINGS

I.      Acute cocaine intoxication
      A.      Cocaine = 0.17 mg/L (antemortem blood)
      B.      Benzoylecgonine > 0.5 mg/L (femoral blood)
      C.      Clinical history of cocaine use

II.     Reported history of prolonged struggle
      A.      Reported history of physical altercation with police officers
            1.      Abrasions and contusions of body
            2.      Patterned injuries of buttocks consistent with canine bite wounds
      B.      Reported history of being struck with an electric muscular disruption device
            1.      Puncture wounds of right anterior chest and left lower back
            2.      Barb embedded within puncture wound of left lower back
            3.      Barbs embedded within decedent's clothing

III.    Clinical history of two previous occasions of encounters with police including
      EMDD use while intoxicated with cocaine
      A.      Clinical history of cerebellar bleed (stroke), rhabdomyolysis, hypokalemia,
            acute kidney failure, myocardial infarct (2010)
      B.      Clinical history of rhabdomyolysis, hypokalemia, acute kidney failure (2011)

IV.     Cardiomyopathy (450 g)

V.      Reported history of schizophrenia without clinical history definitive medical
      diagnosis

-7-

Abernathy, Pierre Tourell                          Case No. 2011-1404

**CONCLUSION**

It is our opinion that Pierre Tourell Abernathy, a 30 year old male, died as a result of the combined effects of intoxication with cocaine, a prolonged struggle, and a cardiomyopathy (an enlarged heart).

**MANNER OF DEATH:** Homicide.


**D. KIMBERLEY MOLINA, M.D.**          **ELIZABETH A. PEACOCK, M.D.**
Deputy Chief Medical Examiner          Medical Examiner


**RANDALL E. FROST, M.D.**             **RAJESH P. KANNAN, MD.**
Chief Medical Examiner                 Medical Examiner


**JENNIFER J. RULON, M.D.**            **WILLIAM D. MCCLAIN, M.D.**
Medical Examiner                       Assistant Medical Examiner


DKM:vc

Original:  file

xc:      District Attorney's Office

-8-

38



Name Pierre Anthony          Autopsy No. 11-1404

Color B    Age 30            Date 8/5/11

For protocol only:

A.1



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**

7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



## TOXICOLOGY REPORT

| | | | |
|---|---|---|---|
| **ME Case #:** | 11-01404 | **Age:** | 30 Years |
| **Decedent:** | ABERNATHY, PIERRE T. | **Type:** | Autopsy |
| **Exam Date:** | 8/5/2011 | **Completed Date:** | 9/6/2011 |
| **Staff Pathologist:** | D. Kimberley Molina, M.D. | | |

☐ No toxicology testing requested

| Assay | Sample | Analyte | Amount | Instrument |
|---|---|---|---|---|
| Clinical | Vitreous | SMA-6 | Sent to UH 8/9/2011 | Clinical |
| ELISA | Blood-Femoral | Cocaine Metabolite | Positive | Spectrophotometer |
| ELISA | Blood-Femoral | Opiates (class) | None Detected | Spectrophotometer |
| ELISA | Blood-Femoral | Benzodiazepines (class) | None Detected | Spectrophotometer |
| ELISA | Blood-Femoral | Cannabinoids (class) | None Detected | Spectrophotometer |
| ELISA | Blood-Femoral | Fentanyl | None Detected | Spectrophotometer |
| ELISA | Blood-Femoral | Oxycodone/Oxymorphone | None Detected | Spectrophotometer |
| Alcohols | Blood-Femoral | Alcohols | None Detected | GC/FID |
| Alcohols | Vitreous | Alcohols | None Detected | GC/FID |
| Alkaline | Blood-Femoral | Ecgonine Methyl Ester | Detected, No Quantitation | GC/FID; GC/MSD |
| Alkaline | Blood-Femoral | Levamisole | Detected, No Quantitation | GC/FID; GC/MSD |
| Alkaline | Blood-Femoral | Cocaine | Detected, Requires Quantitation | GC/FID; GC/MSD |
| Acid/Neutral | Blood-Femoral | Acid/Neutral | None Detected | GC/MSD |
| Cocaine/Opiates | Blood-Femoral | Cocaine | Detected, Requires Quantitation | GC/MSD |
| Cocaine/Opiates | Blood-Femoral | Benzoylecgonine | >0.50 mg/L | GC/MSD |
| Cocaine/Opiates | Blood-Femoral | Opiates | None Detected | GC/MSD |
| Cocaine/Opiates | Blood-AM, 8/4/11@0443 | Cocaine | 0.17 mg/L | GC/MSD |
| Cocaine/Opiates | Blood-AM, 8/4/11@0443 | Benzoylecgonine | Confirmed | GC/MSD |



**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**

7337 LOUIS PASTEUR
SAN ANTONIO, TEXAS 78229-4565
(210) 335-4000
FAX (210) 335-4002

*"Accredited by the National Association of Medical Examiners"*



| Assay | Sample | Analyte | Amount | Instrument |
|-------|--------|---------|--------|------------|
| Cocaine/Opiates | Blood-AM, 8/4/11@0443 | Opiates | None Detected | GC/MSD |

**University Health System**
Pathology Services Referral Laboratory
2302 Medical Drive
San Antonio, Texas 78229-4493
Phone: (210)358-4771     Fax: (210)358-4762

CAP #: 21430-01
CLIA #: 45D0602175

Name: ABERNATHY, PIERRE
ID: 02400/02011404
Age: UNK     DOB: UNKNOWN   Sex: M
Date Collected: 08/09/11
Time Collected: 1515
Accession #: TL-221-3602   Location: R106
Ordering Physician: BEXAR COUNTY MED EXAM

11-1404   DKM

Accession:   ME 2011-1404

1515

**BODY FLUID ANALYSIS**

| | | |
|---|---|---|
| BF GLUCOSE | 16  F | mg/dL |
| BF SODIUM | | |
| BF POTASSIUM | 13.0  F | mmol/L |

LEGEND

BF CREATININE    The reference range and other method performance
                 manufacturer, on serum and urine only.   Test validation
                 test result should be integrated into the clinical context.

BF GLUCOSE       The reference range and other method performance
                 manufacturer, on serum and urine only.   Test validation
                 test result should be integrated into the clinical context.

BF SODIUM        The reference range and other method performance
                 manufacturer, on serum and urine only.   Test validation
                 test result should be integrated into the clinical context.

BF POTASSIUM     The reference range and other method performance
                 manufacturer, on serum and urine only.   Test validation
                 test result should be integrated into the clinical context.

Name: ABERNATHY, PIERRE     ID #: 02400/02011404     Sex: M     Age: UNK     DOB: UNKNOWN     Page: 1

Printed Date/Time: 08/11/11 0831

**CONTINUED NEXT PAGE**

42



**University Health System**
Pathology Services Referral Laboratory
4502 Medical Drive
San Antonio, Texas 78229-4493
Phone: (210)358-2771    Fax: (210)358-4762

GAP #: 21450-01
CLIA #: 450050217S

Name: ABERNATHY, PIERRE
ID: (02400)020111404
Age: UNK    DOB: UNKNOWN    Sex: M
Date Collected: 08/09/21
Time Collected: 1516
Accession #: 1-221-2602    Location: 1005
Ordering Physician: BEXAR COUNTY M.D. EXAM

BODY FLUID ANALYSIS

| | | | |
|---|---|---|---|
| BF. BUN | 18 | # | mg/dL |

LEGEND:
# = FOOTNOTE
BF. COMMENTS: ... specifications have been established for this test by the manufacturer. Reference ranges and analytical procedures have been developed by the UHS Chemistry laboratory. This ... for interpretation.

43